RECEIVED
FEB 25 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.   1:20-cr-010 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| CASEY RAY GANTT, and | ) | T. 21, U.S.C. §§ 841(a)(1),(b)(1)(A) |
| ANGELA DEE GARGES, | ) | T. 21, U.S.C. §§ 846, 853 |
| | ) | T. 28, U.S.C. § 2461(c) |
| Defendants. | ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Conspiracy to Distribute a Controlled Substance)**

From an unknown date but beginning at least as early as November 22, 2019, and continuing up to and including January 29, 2020 in the Southern District of Iowa and elsewhere, the Defendants, CASEY RAY GANTT and ANGELA DEE GARGES, conspired with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally, distribute a controlled substance, namely 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
**(Possession with Intent to Distribute a Controlled Substance)**

On or about January 24, 2020, in the Southern District of Iowa, the Defendant, CASEY RAY GANTT, did knowingly and intentionally possess with intent to distribute a controlled substance, namely 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Possession with Intent to Distribute a Controlled Substance)**

On or about January 29, 2020, in the Southern District of Iowa, the Defendant, ANGELA DEE GARGES, did knowingly and intentionally possess with intent to distribute a controlled substance, namely 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for any offense alleged in this Indictment, the Defendant, CASEY RAY GANTT and ANGELA DEE GARGES, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), $4662.00 United States currency used and involved in the commission of or proceeds from said offense.

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney