IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>CASEY RAY GANTT,<br>　　　　Defendant. | CRIMINAL NO: 1:20-cr-010<br><br>**NOTICE OF<br>ATTORNEY APPEARANCE** |

　　　　COMES NOW Joseph J. Hrvol, P.C., and hereby enters his appearance on behalf of the Defendant, CASEY RAY GANTT, in the above-captioned matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/S/　　Joseph J. Hrvol, P. C.
　　　　　　　　　　　　　　　　JOSEPH J. HRVOL, P.C., P01-000-7493
　　　　　　　　　　　　　　　　541 6th Avenue
　　　　　　　　　　　　　　　　Council Bluffs, Iowa  51503
　　　　　　　　　　　　　　　　712-322-0133, FAX:  712-322-9421
　　　　　　　　　　　　　　　　ATTORNEY FOR THE DEFENDANT

**CERTIFICATE OF SERVICE:**

**I HEREBY CERTIFY THAT, ON MARCH 9, 2020, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF COURT USING THE ECF SYSTEM, WHICH WILL SEND NOTIFICATION OF SUCH FILING TO THE FOLLOWING: ASSISTANT UNITED STATES ATTORNEY,  AND ANY AND ALL OTHER ATTORNEYS OF RECORD.**

**/S/ JOSEPH J. HRVOL, P.C., P01-000-7493**