IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:20-cr-0010 |
| v. | ) |
| | ) **GOVERNMENT'S MOTION TO** |
| CASEY RAY GANTT, and | ) **EXCLUDE TIME** |
| ANGELA DEE GARGES, | ) |
| | ) |
| Defendants. | ) |

The government moves to exclude time from June 2, 2020 to and including July 6, 2020, under 18 U.S.C. § 3161(h)(7)(A).

1. Trial is scheduled for July 6, 2020.

2. On March 16, 2020 and April 8, 2020, Chief Judge Jarvey issued administrative orders suspending all jury trials until May 4, 2020, and then again until July 6, 2020, to protect public health. These orders related to the global pandemic caused by COVID-19. The orders followed proclamations from the Governor of Iowa and guidance from the Centers for Disease Control instructing that Iowans should engage in social distancing to prevent rapid spread of the infection. This included guidance to avoid gatherings of the type necessary for jury selection and deliberation, including gatherings of more than ten people. Multiple federal courts across the region and the nation have issued similar orders suspending all jury trials. The Iowa Supreme Court has continued all jury trials until September 2020.

3. As of May 29, 2020, media in Iowa relying on information from the Iowa Department of Public Health reported over 18,000 cases of COVID-19 in Iowa and 290

deaths related to the disease.

4. Under the speedy trial act, any period of delay of trial based on an "ends of justice" finding shall be excluded from computing the time within which trial must begin. 18 U.S.C. § 3161(h)(7)(A).

5. By order of the District Court, no trial may be held in this matter before July 6, 2020. And, as found in Chief Judge Jarvey's March 16th and April 8th Orders, the multiple concerns raised by COVID-19 are such that the ends of justice served by a delay of all trials until July 6, 2020 outweigh the best interests of the defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

6. The Defendants do not object.

For these reasons, the government moves to exclude time from June 2, 2020, to and including July 6, 2020, under 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: */s/ Shelly Sudmann*
Shelly Sudmann
Assistant United States Attorney
8 South 6th Street, Suite 348
Council Bluffs, Iowa 51501
Telephone: (712) 256-5009
Telefax: (712) 256-5112
E-mail: shelly.sudmann@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2020, I electronically filed the foregoing with The Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  ____ Fax  ____Hand Delivery

__X__ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY

By: */s/ PAC*
    Paralegal Specialist