IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ANGELA DEE GARGES AND<br>CASEY RAY GANTT,<br>    Defendant. | No. 1:20-cr-00010-JAJ-CFB<br><br><br><br>ORDER CONTINUING TRIAL AND<br>PRETRIAL DEADLINES |

Consistent with the Court's April 8, 2020, Public Administrative Order No. 20-AO-8 (copy attached), the Proclamation of a National Emergency,[1] the declaration of a State of Public Health Disaster Emergency in the State of Iowa,[2] and the declaration of a State of Emergency in Des Moines,[3] all responding to the outbreak of Novel Coronavirus-19, the Court continues trial in this matter. Additionally, Defendants have filed uncontested Motions to Continue the Trial and Pretrial Deadlines to allow for additional time to prepare for trial or resolve the case (ECF 49 and 50).

Defendants' Motions to Continue (ECF 49 and 50) is granted. The Trial is continued from July 6, 2020, to August 31, 2020. The deadline for pretrial motions is continued from May 26, 2020, to July 2, 2020. The Plea Entry Deadline is continued from June 22, 2020, to July 24, 2020. The hearing on the Motion to Suppress as to Angela Dee Garges (ECF 37) remains set for July 21, 2020, at 1:30 p.m. in Council Bluffs before Chief Judge John A. Jarvey.

IT IS ORDERED that the time between the April 8, 2020, Administrative Order and new trial date is excluded from Speedy Trial Act calculations. *See* 18 U.S.C. § 3161. The Court finds that the ends of justice served by a continuance outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The new trial date will be maintained, assuming conditions allow for a safe trial environment for the parties, attorneys, jurors, and court staff.

**IT IS SO ORDERED.**

Dated this 22nd day of June, 2020.

CELESTE F. BREMER
UNITED STATES MAGISTRATE JUDGE

---

[1] Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak, https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (Mar. 13, 2020).
[2] Gov. Reynolds Issues a State of Public Health Disaster Emergency (Mar. 17, 2020 10:15 AM), https://governor.iowa.gov/press-release/gov-reynolds-issues-a-state-of-public-health-disaster-emergency.
[3] Mayor Declares State of Emergency in Des Moines (Mar. 15, 2020), https://www.dsm.city/news_detail_T2_R166.php.