IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>CASEY RAY GANTT,<br>　　　　Defendant. | CRIMINAL NO: 1:20-cr-010<br><br>**MOTION TO EXTEND**<br>**PLEA DEADLINE** |

COMES NOW the Defendant, by and through his attorney, Joseph J. Hrvol, P. C., and states:

1. Trial is set for August 31, 2020.
2. The Defendant is jointly charged with another (Garges) whose suppression motion is pending before this Court.
3. The Defendant and the Government have been engaged in meaningful plea negotiations which are ongoing.
4. The parties require additional time to complete a plea agreement.
5. The Government does not object to an extension of time.

WHEREFORE, the Defendant respectfully requests that the plea entry deadline be extended for 14 days, thereby allowing the parties to finalize a plea agreement.

Respectfully submitted,

/S/　Joseph J. Hrvol, P. C.
JOSEPH J. HRVOL, P.C., P01-000-7493
541 6th Avenue, Council Bluffs, IA 51503
712-322-0133, FAX: 712-322-9421
ATTORNEY FOR THE DEFENDANT

**CERTIFICATE OF SERVICE:**

**I HEREBY CERTIFY THAT, ON JULY 22, 2020, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF COURT USING THE ECF SYSTEM, WHICH WILL SEND NOTIFICATION OF SUCH FILING TO THE FOLLOWING: ASSISTANT UNITED STATES ATTORNEY SHELLY M. SUDMANN, AND ANY AND ALL OTHER ATTORNEYS OF RECORD.**

**/S/ JOSEPH J. HRVOL, P.C., P01-000-7493**