## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   vs.<br>CASEY RAY GANTT,<br>      Defendant. | CRIMINAL NO:  1:20-cr-010<br><br>**DEFENDANT'S<br>MOTION TO EXTEND<br>PLEA DEADLINE** |

COMES NOW the Defendant, by and through his attorney, Joseph J. Hrvol, P. C., and states:

1.      Defendant's plea entry deadline is set for August 7, 2020 (Doc 59).

2.      The Defendant and the Government have been engaged in meaningful plea negotiations which are ongoing.

3.      Counsel is advised that the next available court service day after August 4 is August 21, 2020.

4.      The parties require additional time to reach a plea agreement.

5.      The Government does not object to an extension of time.

WHEREFORE, the Defendant respectfully requests that the plea entry deadline be extended to August 21, 2020, to accommodate the Court and allow the parties additional time to reach a plea agreement.

Respectfully submitted,

/S/      Joseph J. Hrvol, P. C.
JOSEPH J. HRVOL, P.C., P01-000-7493
541 6th Avenue, Council Bluffs, IA 51503
712-322-0133, FAX:  712-322-9421
ATTORNEY FOR THE DEFENDANT

**CERTIFICATE OF SERVICE:**

**I HEREBY CERTIFY THAT, ON AUGUST 4, 2020, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF COURT USING THE ECF SYSTEM, WHICH WILL SEND NOTIFICATION OF SUCH FILING TO THE FOLLOWING: ASSISTANT UNITED STATES ATTORNEY SHELLY M. SUDMANN, AND ANY AND ALL OTHER ATTORNEYS OF RECORD.**

**/S/ JOSEPH J. HRVOL, P.C., P01-000-7493**