IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>CASEY RAY GANTT,<br>        Defendant. | CRIMINAL NO: 1:20-cr-010<br><br>**MOTION TO CONTINUE TRIAL DATE AND PLEA ENTRY DEADLINE** |

COMES NOW the Defendant, by and through his attorney, Joseph J. Hrvol, P. C., and states:

1. Trial herein is set for August 31, 2020.

2. The plea entry deadline was set for August 17, 2020.

3. On August 14, 2020, the Defendant filed a Motion to Extend Plea Deadline herein, which has not yet been ruled on by the Court.

4. The Defendant and the Government have been engaged in meaningful plea negotiations which are ongoing.

5. The Co-Defendant herein had previously filed a Motion to Suppress which was recently overruled, and she has now entered a guilty plea to resolve her case.

6. The Defendant requires additional time to complete plea negotiations.

7. The Defendant understands and agrees that any continuances as a result of this motion will not be counted for speedy trial purposes.

8. The Government has no objection to this continuance.

WHEREFORE, the Defendant respectfully requests that the trial date and plea entry deadlines be continued to such dates as may be set by the Court.

Respectfully submitted,

/S/   Joseph J. Hrvol, P. C.
JOSEPH J. HRVOL, P.C., P01-000-7493
541 6th Avenue, Council Bluffs, IA 51503
712-322-0133, FAX: 712-322-9421
ATTORNEY FOR THE DEFENDANT

**CERTIFICATE OF SERVICE:**

**I HEREBY CERTIFY THAT, ON AUGUST 25, 2020, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF COURT USING THE ECF SYSTEM, WHICH WILL SEND NOTIFICATION OF SUCH FILING TO THE FOLLOWING: ASSISTANT UNITED STATES ATTORNEY SHELLY M. SUDMANN, AND ANY AND ALL OTHER ATTORNEYS OF RECORD.**

**/S/ JOSEPH J. HRVOL, P.C., P01-000-7493**