IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CASEY RAY GANTT,<br><br>　　　　Defendant. | No. 1:20cr0010-01-JAJ<br><br><br><br>**ORDER** |

　　　　This matter comes before the court pursuant to the defendant's August 14, 2020 Motion to Extend Plea Deadline. [Dkt. 70]  The court held a hearing on this motion on August 28, 2020 at which the defendant was represented by Joe Hrvol.  Mr. Hrvol informed the court that there have been some delays in finalizing a plea agreement because of a pending state parole revocation.  The court suggested that the matter be set for trial on September 28 with a plea entry deadline of September 14.  Mr. Hrvol indicated that this is enough time to complete remaining matters.

　　　　The court finds that the ends of justice served by a continuance outweigh the interest of the defendant and the public in a speedy trial.  The time between the filing of this motion and the newly reset trial date is hereby excluded from consideration under the Speedy Trial Act's requirement of a trial within seventy days following arraignment.  Specifically, the court finds that the continuance is necessary and reasonable to afford the defendant adequate opportunity to prepare for trial.

　　　　Upon the foregoing,

　　　　**IT IS ORDERED** that trial of this matter is continued until **Monday, September 28, 2020 at 9:00 a.m. in Council Bluffs**.  For the defendant to be assured of receiving the third level off for acceptance of responsibility, any guilty plea needs to be **entered** on or before **September 14, 2020**.

　　　　**DATED** this 31st day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. JARVEY, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF IOWA