**United States District Court for the Southern District of Iowa**

| | | |
|---|---|---|
| Presiding: Honorable | | |
| Criminal No. | : | Clerk's Court Minutes – Plea |

| | | |
|---|---|---|
| United States of America | : | Gov. Atty(s): |
| vs. | : | Def. Atty(s): |
| | : | Court Reporter: |
| | : | Interpreter: |

| | | |
|---|---|---|
| Date: | : | Indictment     Superseding Indictment     Information |
| Time Start: | : | In     Count(s) – Code Violation: |
| Time End: | : | |

- Defendant sworn
- Defendant advised of potential perjury charges
- Plea Agreement filed
  - Defendant understands
  - Defendant agrees
- Defendant advised of nature of charges
- Defendant advised of elements
- Defendant satisfied with attorney
- Defendant advised of penalties
  - Maximum fine/incarceration
  - Mandatory minimum fine/incarceration
  - Forfeiture/restitution
  - Supervised release
    - Maximum
    - Mandatory minimum
  - Mandatory Special Assessment
- No promises made regarding sentence
- Defendant advised of sentencing guidelines
- Defendant waives rights to jury trial
- Defendant advised of right to persist in not guilty plea

- Defendant plea of guilty to Count(s):
- Court findings:
  - Factual basis
  - Voluntariness
  - Competency to plea
- Court accepts plea
- Court rejects plea
- Offense Conduct Statement due:
- PSR to be disclosed to counsel:
- Objections to PSR due:
- Applicability of advisory guideline to the Court due:
- Sentencing date:
- Custody status:
  - Detention
  - Bond

Minutes:

Deputy Clerk