IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY RAY GANTT,<br><br>Defendant. | No. 1:20cr00010-01-JAJ<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S GUILTY PLEA** |

## *I.   INTRODUCTION AND BACKGROUND*

On February 25, 2020, an Indictment was returned against defendant Casey Ray Gantt, charging him with conspiracy to distribute a controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A) and possession with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).   On September 21, 2020, defendant appeared before Chief United States Magistrate Judge Helen C. Adams and entered a plea of guilty to Count 2 of the Indictment.   On this same date, Judge Adams filed a Report and Recommendation in which she recommends that defendant's guilty plea be accepted.   No objections to Judge Adams' Report and Recommendation were filed. The court, therefore, undertakes the necessary review of Judge Adams' recommendation to accept defendant's plea in this case.

## *II.   ANALYSIS*

Pursuant to statute, this court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.   A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1).  Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made, as follows:

> The district court must determine de novo any part of the magistrate judge's disposition that has been properly objected to.  The district judge may accept, reject, or modify the recommended decision; receive further evidence; or return the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b)(3).   In this case, no objections have been filed, and it appears to the court upon review of Judge Adams' findings and conclusions, that there is no ground to reject or modify them.  Therefore, the court **accepts** Judge Adams' Report and Recommendation of September 21, 2020, and accepts defendant's plea of guilty in this case to Count 2 of the Indictment.

**IT IS ORDERED**.

**DATED** this 8th day of October, 2020.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA